ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 DEC 21  AM 8: 59

CLERK _B McCarty_
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL MCNAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 105-057 |
| ) | |
| GEORGIA STATE PARDONS AND ) | |
| PAROLE BOARD; TAMMY EVANS, ) | |
| Parole Officer; DAN MOORE, Chief ) | |
| Parole Officer, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and the Clerk is **DIRECTED** to **CLOSE** the case.

SO ORDERED this 21 day of December, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

MCNAIR                                    )

vs                                        )         CASE NUMBER  CV 105-057

GA.ST.PARDONS&PAROLE BD.                  )         DIVISION     AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated _____, which is part of the official record of this case.

Date of Mailing:        12/21/05

Date of Certificate     [X] same date,    or  _____

Scott L. Poff, Clerk

By: _____
Joe Howell, Deputy Clerk

**Name and Address**

MICHAEL MCNAIR SERVED @ PRISON ADDRESS

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate